IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN R. PAYNE                                                              PLAINTIFF

v.                             No. 1:13-cv-63-DPM

HAROLD T. ERWIN, Judge,
Jackson County; HENRY BOYCE,
Prosecutor, Jackson County; ROB
RATDON, Prosecutor, Jackson County;
STEVE HOWARD, Prosecutor, Jackson County; and
BARBARA GRIFFIN, Judge, Jackson County                DEFENDANTS

ORDER

On 7 August 2013, the Court ordered Payne to pay a filing fee or resubmit an application to proceed *in forma pauperis* with the required financial statement. № 3. The Court warned that his complaint would otherwise be dismissed. Payne has not complied, and the deadline to comply has passed. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2013