IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN R. PAYNE                                                                                    PLAINTIFF

v.                                            No. 1:13-cv-63-DPM

HAROLD T. ERWIN, Judge,
Jackson County; HENRY BOYCE,
Prosecutor, Jackson County; ROB
RATDON, Prosecutor, Jackson County;
STEVE HOWARD, Prosecutor, Jackson County; and
BARBARA GRIFFIN, Judge, Jackson County                          DEFENDANTS

JUDGMENT

Payne's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2013